IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
APR 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Montrell McSwain, )
  )
    Petitioner, ) Case No.: 0CR50082
  ) 05
  )
v. )
  )
  )
UNITED STATES OF AMERICA, ) APPEAL PURSUANT TO FEDERAL
  ) CIVIL RULE 60-B(4)
    Respondent. )
  )

**08 C 50055**

    NOW COMES, petitioner, Montrell McSwain, pro se, and files 60-B(4) of the District Court petition ruling alternatively moves this court for a rule 60-B(4) motion.

    Petitioner has a due process right to appeal district court's proceedings because of Public Law 80-773 to 28 U.S.C. Sec. 2255 and 28 U.S.C. Sec. 2241 are nullities as a matter of law, and are unconstitutional on their face, void ab initio as established by judicially noticed facts.

    Petitioner request that this Court accept this Federal Civil Rule 60-B(4) petition to correct a void judgment to be voided based on the violation of Title 18, 7 relating to the jurisdiction of the United States Courts versus the jurisdiction of the State Courts. In contending argument, petitioner respectfully submits the following:

Petitioner requests that this Court treat this petition for a F.R.CR.P. Rule 60-B(4). Petitioner will raise the issue of invalidity of the statues with the Supreme Court. Since judicially noticed facts and law also establish that Public Law 80-772 and 18 U.S.C. Sec. 3231 are nullities, which were never enacted into law, and are unconstitutional on their face, the district court never had jurisdiction over the petitioner and his indictment and conviction are nullities. Therefore, petitioner has a right to relief since the court never had legal jurisdiction to prosecute him.

Petitioner Next raised

A.   That the court lacked jurisdiction over petitioner in accepting the indictment and the judgment of conviction order.

B.   Title 18, the United States criminal Code, i.e., 18 U.S.C. Sec. 3231 were never enacted into law, therefore, petitioner demands that the Court rule on the petition or overturn the statue.

C.   In this petition, the petitioner is in no way trying to file a 2255 motion that has never been enacted into law in the first place.

2

Therefore, petitioner has a Constitutional right to raise appeal under a petition pursuant to F.R.CR.P., Rule 60-B(4).


Respectfully submitted by Montrell McSwain on this <u>1st</u> day of April, 2008.



Montrell McSwain
Reg.No. 30030-424
FEDERAL CORRECTIONAL
INSTITUTION (BECKLEY)
P.O. BOX 350
Beaver, WV 25813

Montrell McSwain #30030-424
Federal Correctional Institution (Beckley)
P.O. Box 350
Beaver, WV 25813

CHARLESTON WV 253
31 MAR 2008 PM 2 L

U.S. Clerk
211 S. Court
Rockford, IL 61101

