# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 50082 - 5 | **DATE** | 4/4/2008 |
| **CASE TITLE** | USA vs. Montrell McSwain | | |

**DOCKET ENTRY TEXT:**

Montrell McSwain, a federal prisoner, has filed a motion pursuant to Civil Rule 60-B(4) under his criminal case number; however, it should have been assigned a new civil case number. The Clerk is directed to re-docket the motion under a new civil case number.

*Philip G. Reinhard*

Electronic notice/mailed to defendant by Judicial staff.

| | Courtroom Deputy Initials: | JT |
|---|---|---|