# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50055 | **DATE** | 4/4/2008 |
| **CASE TITLE** | United States vs. McSwain | | |

**DOCKET ENTRY TEXT:**

Montrell McSwain, a federal prisoner, filed a motion pursuant to Fed. R. Civ. P. 60(B)(4), claiming that the judgment in his criminal case is void. While the motion expressly states that it is not one under 28 U.S.C. § 2255, it fairly can be characterized as the functional equivalent of a motion brought under § 2255. See Melton v. United States, 359 F. 3d 855 (7th Cir. 2004). Therefore, the court advises McSwain of its intent to characterize the motion as one under § 2255, warns him that the characterization will subject any subsequent §2255 motion to the restrictions applicable to second or successive § 2255 motions (see 28 U.S.C. § 2255 (h)), and provides McSwain the opportunity to either amend or withdraw the motion. Should he decide to withdraw or amend, he has 30 days from the date of this order to do so by filing a notice of withdrawal or an amended motion. If he does neither, the court will rule on the original motion as one under § 2255. If McSwain opts to withdraw the motion, the applicable time limit under § 2255 is tolled until the completion of his direct appeal. See 28 U.S.C. § 2255 (f).

*Philip G. Reinhard*

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC |
|---|---|---|