## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50055 | **DATE** | 4/30/2008 |
| **CASE TITLE** | U.S.A. vs. Montrell McSwain | | |

**DOCKET ENTRY TEXT:**

For the reasons stated below, the court dismisses defendant's Rule 60(b)(4) motion without prejudice.

*Philip G. Reinhard*

■ [ For further details see text below.]      Notices mailed by Judicial staff.

### STATEMENT

    In an order dated April 4, 2008, the court notified defendant of its intent to characterize his Rule 60(b)(4) motion as one under § 2255, warned him of the consequences of such characterization, and provided him the opportunity to either withdraw or amend the motion. Defendant opted to file an amended Rule 60(b)(4) motion.

    Having characterized the motion as one under § 2255, see <u>Melton v. United States</u>, 359 F. 3d 855 (7th Cir. 2004), the court dismisses the motion (as amended) as untimely in light of defendant's pending direct appeal. See <u>United States v. Robinson</u>, 8 F. 3d 398, 404 (7th Cir. 1993). The motion contains no indication of any extraordinary circumstances that would justify, in the court's discretion, considering the § 2255 motion during the pending direct appeal. <u>Robinson</u>, 8 F. 3d at 405-06.

    For the foregoing reasons, the court dismisses the motion in its entirety without prejudice.