# United States District Court

## Northern District of Illinois
### Western Division

United States                         **JUDGMENT IN A CIVIL CASE**

        v.                                      Case Number: 08 C 50055

Montrell McSwain

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court dismisses defendant's Rule 60(b)(4) motion without prejudice.

                                           Michael W. Dobbins, Clerk of Court

Date: 4/30/2008

                                           /s/ Jennifer Titak, Deputy Clerk